IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jahidul Haque Hazary, and <br> All Others Similarly Situated <br>     Plaintiffs, <br><br> v. <br><br> GAK 249 Investments LLC; GAK 529 LLC; GAK Magnolia LLC; GAK Ventures LLC; GRA 249 Investments LLC; GRA Magnolia LLC; GSAR Ventures LLC; HPS Enterprises LLC; Amrik Singh Khinda; and, Harminder Pal Singh <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action <br> File No. 4:23-cv-04368 <br><br> Jury Demanded |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**To The Honorable Judge Andrew S. Hanen:**

NOW COME Jahidul Haque Hazary (the "Plaintiff") and GAK 249 Investments LLC; GAK 529 LLC; GAK Magnolia LLC; GAK Ventures LLC; GRA 249 Investments LLC; GRA Magnolia LLC; GSAR Ventures LLC; HPS Enterprises LLC; Amrik Singh Khinda; and, Harminder Pal Singh (collectively, the "Defendants"), and jointly file their motion to dismiss this case with prejudice. Plaintiff and Defendants (collectively, the "Parties") would respectfully show the Honorable Court as follows:

### I.

Having resolved the disputes forming the basis of this civil action, the Parties jointly seek the Honorable Court to enter an Order pursuant to Fed. R. Civ. P. 41(a)(2), dismissing this civil action with prejudice, with all costs assessed against the party incurring such costs.

### II.

To this Motion the Parties attach their proposed Order of dismissal with prejudice.

1

Respectfully submitted,

**ALI S. AHMED, P.C.**

By: */s/ Salar Ali Ahmed*
**Salar Ali Ahmed**
S.D. Texas No. 32323
State Bar No. 24000342
430 W. Bell Street
Houston, Texas 77019
Telephone: (713) 898-0982
Email: aahmedlaw@gmail.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF

Respectfully submitted,

**ANDREWS MYERS, P.C.**

By: */s/ Elaine Howard*
**Elaine Howard**
State Bar No. 00790921
S.D. Texas No. 18302
1885 Saint James Place, 15th Floor
Houston, Texas 77056
Telephone: (713) 850-4200
Facsimile: (713) 850-4211
ehoward@andrewsmyers.com

ATTORNEY-IN-CHARGE FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded to the Defendants on June 4, 2024, in the following manner:

*(Via ECF system of the District Court for the Southern District of Texas)*
Ms. Elaine Howard
ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056
(Attorney-in-Charge for Defendants)

*/s/ Salar Ali Ahmed*
**Salar Ali Ahmed**