United States District Court
Southern District of Texas
**ENTERED**
June 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jahidul Haque Hazary, and All Others Similarly Situated<br>Plaintiffs,<br><br>v.<br><br>GAK 249 Investments LLC; GAK 529 LLC; GAK Magnolia LLC; GAK Ventures LLC; GRA 249 Investments LLC; GRA Magnolia LLC; GSAR Ventures LLC; HPS Enterprises LLC; Amrik Singh Khinda; and, Harminder Pal Singh<br>Defendants. | Civil Action<br>File No. 4:23-cv-04368<br><br>Jury Demanded |

## ORDER

The Joint Motion to Dismiss with Prejudice (Dkt. #16) is GRANTED.

IT IS ORDERED the case is dismissed with prejudice, with all costs of court taxed against the party incurring those costs.

SIGNED at Houston, Texas, this __11__ day of __Jun__, 2024.

The Honorable Andrew S. Hanen
United States District Judge